# Court of Appeals
# of the State of Georgia

ATLANTA, July 02, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1665. DECARLOS BUTLER v. THE STATE.**

In 2011, De'Carlos Butler pleaded guilty to one count of aggravated assault, and he was sentenced as a first offender. After Butler violated the terms of his probation, the trial court revoked his first offender status. Butler filed an application for discretionary appeal from this ruling, which we denied. See Case No. A21D0268, (decided April 9, 2021). Butler also filed a notice of appeal from the modification order, giving rise to this direct appeal.

Our order denying Butler's discretionary application was a decision on the merits, and the doctrine of res judicata bars any subsequent appeals from the same order. See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007). Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/02/2021
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.